## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

ALLEN C. BENDER, INDIVIDUALLY AND : No. 483 MAL 2020
AS EXECUTOR OF THE ESTATE OF :
RUTH A. BENDER, :
                                              :
                                              : Petition for Allowance of Appeal
                    Petitioner                : from the Order of the
                                              : Commonwealth Court
                                              :
          v.                                  :
                                              :
                                              :
COMMONWEALTH OF PENNSYLVANIA, :
DEPARTMENT OF TRANSPORTATION, :
TOWNSHIP OF SWATARA, AND ADRIAN :
T. HORRELL, :
                                              :
                    Respondents               :

## ORDER

**PER CURIAM**

    **AND NOW**, this 22nd day of February, 2021, the Petition for Allowance of Appeal is **DENIED**.